MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   E-Mail: Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12 - 00527 MAG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| KATHLEEN BORKENHAGEN, | |
| Defendants. | |

WHEREAS, the government has filed an information in connection with the above-entitled matter;

WHEREAS, the parties are currently scheduled for a status hearing before this Court on Thursday, August 23, 2012, as to further proceedings in connection with this matter;

WHEREAS, counsel of record for defendant Kathleen Borkenhagen is currently on extended medical leave and not due to return to the office until Monday, August 27, 2012, such that the need for a continuance based on continuity of counsel pertains,

WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate given the unavailability of one of the defense counsel, and where the next available date where all counsel are available is Monday, September 17, 2012, such that there is a

need for a continuance to such date based on continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

THEREFORE, the parties mutually and jointly stipulate that the matter should be continued, the need for continuity of counsel, and the parties jointly request that the Court continue the matter until **Monday, September 17, 2012, at 9:30 a.m.**

The parties agree that continuing the case until September 17, 2012, is necessary, given the need to maintain continuity of counsel. The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). Finally, the parties agree that the ends of justice served by excluding time from August 23, 2012, until September 17, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**STIPULATED:**

DATED: August 21, 2012          /s/
                                MANUEL ARAUJO
                                Attorney for KATHLEEN BORKENHAGEN


DATED: August 21, 2012          /s/
                                TIMOTHY J. LUCEY
                                Assistant United States Attorney


## **ORDER**

For good cause shown, the Court continues the matter until **Monday, September 17, 2012, at 9:30 a.m.**

The Court enters this order excluding time from August 23, 2012, up to and including September 17, 2012. Specifically, the parties agree, and the Court finds and holds that such that time should be excluded until September 17, 2012, and furthermore that failing to grant a continuance until September 17, 2012, would unreasonably deny the defendant continuity of

counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Finally, the parties agree, and the Court finds and holds, that the ends of justice served by excluding time from August 23, 2012, through September 17, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: August 22, 2012



**HON. PAUL S. GREWAL**
**United States Magistrate Judge**