| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | TIMOTHY J. LUCEY (CABN 172332)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5054 |
| 7 | Fax: (408) 535-5066<br>E-Mail: Timothy.Lucey@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12 - 00527 MAG |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) ) | |
| KATHLEEN BORKENHAGEN, | ) ) | |
| Defendants. | ) ) | |

WHEREAS, the government has filed an information in connection with the above-entitled matter;

WHEREAS, the parties were scheduled for a status hearing before this Court on Monday, September 17, 2012, as to further proceedings in connection with this matter, but which has been reset via clerk's notices to Monday, November 5, 2012, at 9:30 a.m.;

WHEREAS, defense counsel is continuing to review documents in connection with evaluating and analyzing this matter as well as providing relevant documents to the United States, particularly in reference to the nature and amount of restitution;

WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel, pursuant to 18 U.S.C. §

3161(h)(7)(B)(iv);

THEREFORE, the parties mutually and jointly agree that time should be excluded from September 17, 2012, up and including November 5, 2012. The parties agree that excluding time until November 5, 2012, is necessary, given the need to maintain continuity of counsel. The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). Finally, the parties agree that the ends of justice served by excluding time from September 17, 2012, until November 5, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**STIPULATED:**

DATED: October 12, 2012            /s/
                                   MANUEL ARAUJO
                                   Attorney for KATHLEEN BORKENHAGEN


DATED: October 12, 2012            /s/
                                   TIMOTHY J. LUCEY
                                   Assistant United States Attorney

## **ORDER**

For good cause shown, the Court enters this order excluding time from September 17, 2012, up to and including November 5, 2012. Specifically, the parties agree, and the Court finds and holds that such that time should be excluded until November 5, 2012, and furthermore that failing to grant a continuance and exclude time until November 5, 2012, would unreasonably deny the defendant effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

////

////

Finally, the parties agree, and the Court finds and holds, that the ends of justice served by excluding time from September 17, 2012, through November 5, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

**DATED:** 10/16/2012

**HON. PAUL S. GREWAL**
**United States Magistrate Judge**