1  STEVEN G. KALAR,
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BORKENAGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR -12-00527- PSG |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE THE SENTENCING HEARING TO JANUARY 28, 2013; [PROPOSED] ORDER** |
| v. | ) | |
| KATHLEEN BORKENAGEN, | ) | |
| | ) | |
| Defendant. | ) | **HONORABLE PAUL S. GREWAL** |
| | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for December 20, 2012, at 10:30, to January 28, 2013, at 9:00 a.m. The reason for the stipulation is as follows.  Counsel for the defense is continuing his investigation which includes but is not limited to obtaining and reviewing Tax records, financial records, including profit and loss statements needed to assess the loss amount which is relevant to negotiating a resolution of this matter.  Counsel ordered and  paid for what it considers relevant tax returns from the Internal Revenue Service.  The tax returns have not as of this

writing been received by the defense. For these reasons, defense counsel needs additional time to complete his investigation.

The parties further agree and stipulate that the time from and including December 20, 2012, through and including January 28, 2013, should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare. Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: December 19, 2012

_____/s/_____
MANUEL ARAUJO,
Assistant Federal Public Defender

Dated: December 19, 2012

_____/s/_____
Timothy J. Lucy,
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing in the above-captioned matter is continued from December 20, 2012, at 10:30 a.m., to January 28 2013, at 9:00 a.m.. It is further ordered that the period of delay from December 20, 2012, through and including January 28, 2013, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: December 19, 2012

HONORABLE PAUL S. GREWAL,
United States Magistrate Judge