STEVEN G. KALAR,
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant BORKENHAGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR -12-00527- PSG |
| )  Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE THE** |
| v. ) | **STATUS HEARING TO JUNE 6, 2013;** |
| ) | **[PROPOSED] ORDER** |
| KATHLEEN BORKENHAGEN, ) | |
| ) | |
| Defendant. ) | HONORABLE PAUL S. GREWAL |
| ) | |

## STIPULATION

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for April 15, 2013, at 9:00, to June 6, 2013, at 10:30 a.m., or at an hour convenient to the court. The reason for the stipulation is as follows. Counsel for the defense is continuing his investigation. Counsel ordered and paid for what it considers relevant tax returns from the Internal Revenue Service. The defense has received some records from the IRS, but is still attempting to obtain other IRS filings related to the defendant. The defendant and the government need additional time to review the documents and negotiate a resolution of the

matter. For these reasons, defense counsel needs additional time to complete his investigation and negotiate a disposition.

The parties further agree and stipulate that the time from and including April 15, 2013, through and including June 6, 2013, should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare. Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: April 11, 2013

_____/s/_____
MANUEL ARAUJO,
Assistant Federal Public Defender

Dated: April 11, 2013

_____/s/_____
Timothy J. Lucy,
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing in the above-captioned matter is continued from April 15, 2013, at 9:00 a.m., to June 6, 2013, at 10:30. It is further ordered that the period of delay from April 15, 2013, through and including June 6, 2013, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: April 11, 2013

HONORABLE PAUL S. GREWAL,
United States Magistrate Judge