STEVEN G. KALAR
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant BORKENAGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR -12-00527- PSG |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE THE STATUS CONFERENCE TO JUNE 27, 2013; [PROPOSED] ORDER** |
| KATHLEEN BORKENAGEN, ) | |
| Defendant. ) | HONORABLE PAUL S. GREWAL |

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for June 6, 2013, at 10:30, to June 27, 2013, at 10:30 a.m., or at an hour convenient to the court. The reason for the stipulation is as follows. Counsel for the defense and the government are close to a resolution of the matter, but need additional time to confer and review documents provided by the defense and to conduct some additional investigation. The parties further agree and stipulate that the time from and including June 6, 2013, through and including June 27, 2013, should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv) to provide counsel reasonable time to prepare. Accordingly,

the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: June 5, 2013　　　　　　　　　　　STEVEN G. KALAR
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　MANUEL ARAUJO,
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender


Dated: June 5, 2013　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　TIMOTHY J. LUCEY,
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing in the above-captioned matter is continued from June 6, 2013 to June 27, 2013. It is further ordered that the period of delay from June 6, 2013, through and including June 27, 2013, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: June 5, 2013

_____
HONORABLE PAUL S. GREWAL,
United States Magistrate Judge