MANUEL U. ARAUJO
Attorney at Law
305 Vineyard Town Center
Morgan Hill, CA 95037
Telephone: (562) 818-3038
manuelaraujo1978@gmail.com

Counsel for Defendant BORKENHAGEN

*IT IS SO ORDERED AS MODIFIED.*
*[signature] Judge Paul S. Grewal*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00527- PSG |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING TO DECEMBER 5, 2013, at ~~1:00 p.m.~~ 8:30 a.m. |
| KATHLEEN BORKENHAGEN, ) | |
| Defendant. ) | |

**STIPULATION**

The parties, Kathleen Borkenhagen, and the government, acting through their respective counsel and subject to the Court's approval, stipulate that the hearing date currently set for October 17, 2013, in the above entitled cases be vacated and that the Court set a new hearing date of December 5, 2013, at 1:00 p.m..

The request for the continuance of the hearing is based on the defense's ongoing investigation regarding sentencing issues. For these reasons the parties request the continuance to December 5, 2013.

Counsel for the defendant has consulted with United States Probation Officer Benjamin

Stipulation to Continue Hearing
and ~~Proposed~~ Order
CR-12-00527-PSG          1

Flores and he has no objection to the continuance nor the date.

Dated: September 10, 2013

                                           __/s/_____
                                           Manuel U. Araujo,
                                           Attorney for Defendant
                                           Irineo Alvarez-Chavez

Dated: September 10, 2013

                                           ___/s/_____
                                           Timothy J. Lucey,
                                           Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the hearing in cases numbered shall be continued from October 17, 2013, to December 5, 2013, at 8:30 a.m.

IT IS SO ORDERED.

Dated: September 11, 2013

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Stipulation to Continue Hearing
and ~~Proposed~~ Order
CR-12-00527-PSG                    3